**DISMISS and Opinion Filed May 8, 2023**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-23-00299-CV

**BADGER TAVERN LP, 1676 REGAL JV, AND
1676 REGAL ROW, DALLAS, TEXAS, IN REM, Appellants
V.
CITY OF DALLAS, Appellee**

**On Appeal from the 134th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-22-16151**

## MEMORANDUM OPINION ON REHEARING

Before Chief Justice Burns, Justice Molberg, and Justice Goldstein
Opinion by Chief Justice Burns

Appellants seek rehearing of our prior opinion dismissing their petition for permissive appeal for want of jurisdiction. We deny the motion and, on our own motion, withdraw our April 20, 2023 opinion and vacate the judgment of that date. This is now the opinion of the Court.

Before the Court is appellants' petition for permissive appeal of the trial court's interlocutory order denying their motion to dismiss pursuant to rule of civil procedure 91a. *See* TEX. R. CIV. P. 91a (concerning dismissal of baseless causes of action). To be entitled to a permissive appeal from an interlocutory

order that would not otherwise be appealable, the requesting party must establish that (1) the order to be appealed involves a "controlling question of law as to which there is a substantial ground for difference of opinion" and (2) an immediate appeal from the order "may materially advance the ultimate termination of the litigation." TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(d); *see* TEX. R. APP. P. 28.3(e)(4); TEX. R. CIV. P. 168. Because we conclude that the petition fails to establish each requirement of Rule 28.3(e)(4), we deny the petition for permissive appeal and dismiss the appeal. *See* Tex. R. App. P. 28.3(e)(4); 42.3(a).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

230299F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

BADGER TAVERN LP, 1676
REGAL JV, AND 1676 REGAL
ROW, DALLAS, TEXAS, IN REM,
Appellants

No. 05-23-00299-CV      V.

CITY OF DALLAS, Appellee

On Appeal from the 134th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-22-16151.
Opinion delivered by Chief Justice
Burns. Justices Molberg and Goldstein
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee CITY OF DALLAS recover its costs of this appeal from appellants BADGER TAVERN LP, 1676 REGAL JV, AND 1676 REGAL ROW, DALLAS, TEXAS, IN REM.

Judgment entered May 8, 2023